CITY OF KISSIMMEE, *et al.,* v. STATE, *ex rel* BEN HUR
LIFE ASSOCIATION, a corporation.

165 So. 665.
Division A.
Opinion Filed ·February 6, 1936.

*Lewis O'Bryan* and *George P. Garrett,* for Plaintiffs in
Error;

*Casey & Walton,* for Defendant in Error.

PER CURIAM.—The proceedings below resulted in the
rendition of a judgment awarding a peremptory writ of
mandamus pursuant to an alternative writ theretofore issued
in favor of defendant in error, as relator below, command-
ing the levy, collection and payment of a special tax suf-
ficient to meet and pay at maturity certain interest coupons
in the alternative writ described as being annexed to cer-
tain bonds of the City of Kissimmee held by the relator.

After a careful review of the record in this case, our con-
clusion is that the present appeal presents no question not
heretofore repeatedly decided against the contentions of
plaintiff in error and that therefore the judgment should be
affirmed on the authority of the City of Kissimmee v. State,
*ex rel* Ben Hur Life Ass'n, 121 Fla. 151, 163 Sou. Rep.
473; Treat v. State, *ex rel.* Dann, 118 Fla. 899, 160 Sou.
Rep. 498; State, *ex rel.* Harris, v. City of Fort Pierce, 111
Fla. 174, 149 Sou. Rep. 338, 150 Sou. Rep. 283; State, *ex
rel* Gillespie, v. Shelfer, 118 Fla 14, 160 Sou. Rep. 364,
but with leave to amend the alternative writ so as to have

it conform to the current taxation processes of the respondent City of Kissimmee.

Affirmed with leave to amend alternative writ and have peremptory writ awarded to conform thereto.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur in the opinion and judgment.